> **Motion GRANTED. Discovery deadline extended to 11/15/13.**
>
> */s/ Aleta A. Trauger*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **ROBERT S. JACKSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) 3:12-cv-01215 |
| | ) **District Judge Aleta A. Trauger** |
| **O'REILLY AUTOMOTIVE STORES, INC.,** | ) **Magistrate Judge Juliet Griffin** |
| | ) **JURY DEMAND** |
| | ) |
| **Defendant.** | ) |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff and Defendant, by and through counsel, file this joint motion and would show the Court the following:

1. That on January 18, 2013 the Court entered the case management order, (CM/ECF Doc. 9), that cut off all discovery on 10/15/13;

2. That the depositions of the final party witnesses were set to be taken during the week beginning October 7, 2013;

3. That on September 26, 2013 a sudden, unexpected personal issue arose for the defense attorney that was to defend those depostions;

4. That the other defense attorney in this case, the undersigned, will be out of the state during the week beginning October 7, 2013;

5. That the parties discussed this turn of events and agreed to move the court to amend the scheduling order to allow additional time to complete discovery; thus, there is no opposition to this motion;