

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **ROBERT S. JACKSON,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:12-cv-01215 |
| | ) | |
| v. | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Griffin** |
| **O'REILLY AUTOMOTIVE** | ) | |
| **STORES, INC.,** | ) | **Jury Demand** |
| | ) | |
| Defendant. | ) | |

### MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO EXCHANGE INFORMATION

Comes now plaintiff who moves for an extension of time to exchange information, as required by this Court's Order Setting Case for Trial, as follows:

1. This Court entered an Order (DE 10) setting April 1, 2014, as the date for the parties to exchange exhibits and designate deposition transcripts.

2. Plaintiff's counsel had calendared time on April 1, 2014, to meet to review exhibits and depositions to comply with the Court's Order.

3. Attorney Knox received a text message from Attorney Grace early this morning (April 1), advising that Attorney Grace has a family emergency to which he has to attend. Specifically, Attorney Grace may suffer the loss of a close family member imminently. Attorney Grace has travelled to Kentucky to be with that family member.

4. Plaintiff moves to have until Friday, April 4, to designate transcripts and exchange exhibits.

5. Plaintiff's counsel will endeavor to continue preparing this matter for trial, as scheduled and in compliance with all filing deadlines; however, counsel would like to advise the